# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:17-CV-20658-UU

Plaintiff:
**RAVEN WALES-WALDEN**

vs.

Defendant:
**AK "N" ELI, LLC d/b/a KING OF DIAMONDS, a Florida Limited Liability Company; KODRENYC, LLC, a Florida Limited Liability Company; ELLIOT "ELI" KUNSTLINGER, an individual; BRIAN ABRAHAM, a**

For:
R. Martin Saenz, Esq
Saenz & Anderson, PLLC
20900 Ne 30th Ave
Ste 800
Miami, FL 33180

Received by Lindsay Legal Services, Inc on the 21st day of February, 2017 at 4:03 pm to be served on **AK "N" ELI, LLC. D/B/A KING OF DIAMONDS C/O STOK FOLK + KON PA, 18851 NE 29TH AVENUE, SUITE 1005, AVENTURA, FL 33180.**

I, CESAR CARIAS, do hereby affirm that on the **23rd day of February, 2017 at 12:30 pm**, **I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **AMBER MORA** as **SECRETARY** at the address of: **18851 NE 29TH AVENUE, SUITE 1005, AVENTURA, FL 33180**, who stated they are authorized to accept service for **AK "N" ELI, LLC. D/B/A KING OF DIAMONDS**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**CESAR CARIAS**
Process Server #1582

**Lindsay Legal Services, Inc**
**7105 SW 8th Street**
**Suite 307**
**Miami, FL 33144**
**(305) 273-0317**

Our Job Serial Number: RLA-2017000351

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t