UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-20658-UU

RAVEN WALES-WALDEN,

    Plaintiff,

v.

AK N ELI, LLC, *et al.*,

    Defendants.
    _____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* examination of the record.

THE COURT has reviewed the the pertinent portions of the record and is otherwise fully advised in the premises.

On February 20, 2017, Plaintiff filed her Complaint against Defendants, including Defendants, Brian Abraham, Akiva "AK" Feinsod, and Akinyele Adams. D.E. 1. Plaintiff failed to effectuate service within the applicable time period set forth in Federal Rule of Civil Procedure 4(m). Federal Rule of Civil Procedure 4(m) provides that a court must dismiss an action if a defendant is not served within 90 days after the complaint is filed. *See* Fed. R. Civ. P. 4(m); *SPM Thermo-Shield v. SICC, GmbH*, No. 2:15-cv-439-FtM-29CM, 2016 WL 3258258, at *1 (M.D. Fla. 2016). Only if Plaintiff shows good cause for the failure to serve within the requisite time period is the time period extended. Here, Plaintiff was required to serve Defendants by May 20, 2017; however, Plaintiff has failed to do so and failed to set forth good cause for this Court to issue an extension. Accordingly, it is hereby

ORDERED AND ADJUDGED that the claims against Defendants, Brian Abraham, Akiva "AK" Feinsod, and Akinyele Adams, are DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers, Miami, Florida, this 22d day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record.