UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 17-cv-20658-UU

RAVEN WALES-WALDEN,

        Plaintiff,

v.

AK "N" ELI, LLC d/b/a KING OF DIAMONDS; ELLIOT "ELI" KUNSTLINGER; BRIAN ABRAHAM; AKIVA "AK" FEINSOD; and AKINYELE ADAMS, *et al.*,

        Defendants.

**MOTION FOR APPROVAL OF FLSA
SETTLEMENT AND FOR AWARD OF FEES AND COSTS WITH INCORPORATED
MEMORANDUM OF LAW**

Plaintiff, RAVEN WALES-WALDEN ("Plaintiff"), requests that this Court make a fairness finding approving the terms of the Parties' settlement of the above-captioned matter and dismissing this case with prejudice as to Defendants AK "N" Eli, LLC d/b/a King of Diamonds, and Elliot "Eli" Kunstlinger (the "KOD Defendants"). In support, Plaintiff states as follows:

1. Plaintiff accepted the offer of judgment made by the KOD Defendants (*see* D.E. # 33 and D.E. # 36).

2. Plaintiff filed this lawsuit alleging she is owed unpaid overtime wages and straight wages pursuant to the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA") and Florida law.

3. The KOD Defendants dispute Plaintiff's claims[1].

---

[1] This case has been dismissed *without prejudice* due to non-service against Defendants, Brian Abraham, Akiva "AK" Feinsod, and Akinyele Adams. Thus, this motion concerns the KOD Defendants only.

4. Plaintiff has made multiple attempts to reach opposing counsel in an effort to reach an agreement as to fees and costs in order to submit a Joint Motion per this Court's instructions. However, after three e-mail attempts and two phone calls to opposing counsel, Plaintiff has been unable to reach opposing counsel regarding this matter.

5. In order to avoid the costs and uncertainty of litigation, the Parties reached an agreement when Plaintiff accepted the KOD Defendants' offer of judgment. Other than the Plaintiff accepting the KOD Defendants' offer of judgment, the parties have not entered into a formal settlement agreement of any type.

6. Prior to Plaintiff's accepting the offer of judgment, the Parties discussed (at length) potential damages and exchanged detailed information concerning the Plaintiff's pay, hours worked, and time records. In addition, the Plaintiff's attorneys had multiple discussions with former counsel for the KOD Defendants, mainly to narrow issues on liability and damages. The KOD Defendants' former counsel aggressively threatened sanctions against the Plaintiff and her lawyers and the Plaintiff's attorneys explained in detail how the case would likely be proven on theories of joint employment, willful violations, individual liability, and joint and several liability.

7. Given the amount claimed, and the possibility of the Plaintiff recovering nothing additional to what was previously offered by the KOD Defendants, the Plaintiff agrees that the amount of $5,000, *exclusive* of attorney's fees and costs is a fair compromise. Plaintiff now seeks approval of the settlement from the Court.

8. Pursuant to Lynn's Food Stores, Inc. v. U.S., 679 F.2d 1350 (11th Cir. 1982), claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (the "FLSA") may be settled or compromised only with the approval of the Court or Secretary of Labor.

9. Plaintiff represents that, in accordance with the terms of the offer of judgment, Plaintiff is receiving a reasonable and satisfactory recovery of an agreed upon sum as payment for allegedly owed unpaid wages ($2,500), plus payment of liquidated damages ($2,500).

10. The Parties have been adequately represented by experienced counsel.

11. Plaintiff confirms that the offer of judgment and the Plaintiff's acceptance of same include every term and condition of the Parties' settlement.

12. The Plaintiff further requests that the Court decide Plaintiff's attorney's fees and costs under the FLSA as Plaintiff is the prevailing party in this action.

13. Plaintiff requests that the Court approve the parties' settlement as a fair and reasonable resolution of a bona fide dispute under the FLSA.

14. On Plaintiff's behalf, this matter was handled by Vanessa Steelman, Esq. and by Ruben Martin Saenz, Esq. The case was billed primarily by Ms. Steelman at a rate of $300 per hour. Mr. Saenz mainly provided strategy and interviewed witnesses. Ms. Steelman has been licensed to practice law since 2013, and Mr. Saenz has been licensed to practice law since 2003. They both successfully practice primarily in the area of employment and wage and hour law.

15. Plaintiff's attorneys respectfully request $17,920 in attorney's fees and $1,470 in costs (the costs in the case were out of the ordinary because of Plaintiff's multiple efforts to serve the Defendants). Plaintiff respectfully maintains that the attorneys' fees and costs are reasonable.

16. Should the Court require it, Plaintiff is prepared to submit a detailed account of time spent in the case and proof of costs incurred. In addition, Plaintiff is also prepared to file a formal motion for fees and costs after judgment is entered, pursuant to Local Rule 7.3, should the Court require it. Plaintiff reserves the right to request additional fees for the time it will take her to litigate an award of fees and costs in this action.

17. Plaintiff further stipulates, pursuant to Federal Rule of Civil Procedure 141(a)(1)(A)(ii), to the dismissal *with prejudice* of this action upon approval of the settlement by the Court as requested above. Lastly, the Plaintiff respectfully requests that the Court retain jurisdiction in order to enforce post-judgment collection proceedings should they become necessary.

**WHEREFORE**, the Plaintiff respectfully requests that this Court enter an Order approving the settlement, awarding attorney's fees and costs, and dismissing this lawsuit with prejudice.

Respectfully submitted,

*/s/ Vanessa Steelman*
Vanessa Steelman
(FBN: 0125587)
E-mail: vsteelman@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida  33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2017, I served via mail and email the foregoing document on all counsel of record or *pro se* parties identified on the attached Service List.

## SERVICE LIST

**RAVEN WALES-WALDEN v. AK "N" ELI, LLC d/b/a KING OF DIAMONDS; KODRENYC, LLC; ELLIOT "ELI" KUNSTLINGER; BRIAN ABRAHAM; AKIVA "AK" FEINSOD; and AKINYELE ADAMS**
Case No.17-cv-20658-UU
**United States District Court, Southern District of Florida**

Vanessa Steelman, Esq.
E-Mail: vsteelman@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Suite 800
Aventura, Florida  33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff*

Daniel T. Feld, Esq
Daniel T. Feld, P.A.
2847 Hollywood Blvd.
Hollywood, FL 33020
Telephone: (305) 308-5619
*Counsel for Defendants*