UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 17-cv-20658-UU

| | |
|---|---|
| RAVEN WALES-WALDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| AK "N" ELI, LLC d/b/a KING OF DIAMONDS; ELLIOT "ELI" KUNSTLINGER; BRIAN ABRAHAM; AKIVA "AK" FEINSOD; and AKINYELE ADAMS, *et al.*, | ) ) ) ) ) ) |
| Defendants. | ) |

## **FINAL JUDGMENT IN FAVOR OF RAVEN WALES-WALDEN**

THIS CAUSE is before the Court on Plaintiff, Raven Wales-Walden's Notice of Acceptance of Defendant's Offer of Judgment (D.E. #33). Pursuant to Fed. R. Civ. P. 68, it is hereby ORDERED as follows:

1.  Final Judgment is ENTERED in favor of RAVEN WALES-WALDEN and against AK "N" ELI, LLC d/b/a KING OF DIAMONDS, and ELLIOT "ELI" KUNSTLINGER. AK "N" ELI, LLC d/b/a KING OF DIAMONDS and ELLIOT "ELI" KUNSTLINGER are hereby liable to RAVEN WALES-WALDEN in the total amount of $5,000.00, for any and all statutory, actual, compensatory and punitive damages and interests available under 18 U.S.C. § 2520(b), Florida Statutes § 934.10, attorney's fees, costs and/or any and all common law claims for liability and/or damages raised in Plaintiff's Complaint, for which let execution issue.

2.  Because Defendant's offer was conditioned on Plaintiff's dismissal of this action with prejudice, Plaintiffs acceptance of Defendants' offer shall be construed as a voluntary dismissal with

prejudice of this matter. Accordingly, this action is DISMISSED WITH PREJUDICE.

3. All pending motions are DENIED as moot.

4. This case is CLOSED.

DONE and ORDERED at Miami, Florida, this 21 day of July 2017.

UNITED STATES DISTRICT JUDGE
URSULA UNGARO

Copies:

To Counsel of Record