**"EXHIBIT B"**

Lindsay Legal Services, Inc  
7105 SW 8th Street  
Suite 307  
Miami, FL 33144  
Phone: (305) 273-0317  

**INVOICE**

Invoice #RLA-2017000352  
2/24/2017  



R. Martin Saenz, Esq  
Saenz & Anderson, PLLC  
20900 Ne 30th Ave  
Ste 800  
Miami, FL 33180  

**Case Number:** 1:17-CV-20658-UU  

Plaintiff:  
**RAVEN WALES-WALDEN**  

Defendant:  
**AK "N" ELI, LLC d/b/a KING OF DIAMONDS, a Florida Limited Liability Company; KODRENYC, LLC, a Florida Limited Liability Company; ELLIOT "ELI" KUNSTLINGER, an individual; BRIAN ABRAHAM, a**  

Received: 2/21/2017   Served: 2/23/2017 12:30 pm   AUTHORIZED  
To be served on: KODRENYC, LLC. C/O STOK FOLK + KON PA  

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 35.00 | 35.00 |
| **TOTAL CHARGED:** | | | **$35.00** |

**BALANCE DUE:** $35.00

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t

Lindsay Legal Services, Inc
7105 SW 8th Street
Suite 307
Miami, FL 33144
Phone: (305) 273-0317

**INVOICE**

Invoice #RLA-2017000351
2/24/2017



R. Martin Saenz, Esq
Saenz & Anderson, PLLC
20900 Ne 30th Ave
Ste 800
Miami, FL 33180

**Case Number:** 1:17-CV-20658-UU

**Plaintiff:**
RAVEN WALES-WALDEN

**Defendant:**
AK "N" ELI, LLC d/b/a KING OF DIAMONDS, a Florida Limited Liability Company; KODRENYC, LLC, a Florida Limited Liability Company; ELLIOT "ELI" KUNSTLINGER, an individual; BRIAN ABRAHAM, a

Received: 2/21/2017  Served: 2/23/2017 12:30 pm  AUTHORIZED
To be served on: AK "N" ELI, LLC. D/B/A KING OF DIAMONDS C/O STOK FOLK + KON PA

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 35.00 | 35.00 |
| **TOTAL CHARGED:** | | | $35.00 |
| **BALANCE DUE:** | | | $35.00 |

Please enclose a copy of this invoice with your payment.

Page 1 / 1

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t

Lindsay Legal Services, Inc  
7105 SW 8th Street  
Suite 307  
Miami, FL 33144  
Phone: (305) 273-0317  

**INVOICE**

Invoice #RLA-2017000356  
6/29/2017  



R. Martin Saenz, Esq  
Saenz & Anderson, PLLC  
20900 Ne 30th Ave  
Ste 800  
Miami, FL 33180  

**Case Number:** 1:17-CV-20658-UU  

Plaintiff:  
RAVEN WALES-WALDEN  

Defendant:  
AK "N" ELI, LLC d/b/a KING OF DIAMONDS, a Florida Limited Liability Company; KODRENYC, LLC, a Florida Limited Liability Company; ELLIOT "ELI" KUNSTLINGER, an individual; BRIAN ABRAHAM, a  

Received: 2/21/2017   Non-Served: 6/26/2017   NON-SERVE - COMMENTS  
To be served on: AKINYELE ADAMS  

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 35.00 | 35.00 |
| 2nd: 918 Ocean Dr. Miami Beach, Fl. | 1.00 | 35.00 | 35.00 |
| 3rd: 820 Ocean Drive. Miami Beach, Fl. | 1.00 | 35.00 | 35.00 |
| Skip Trace | 1.00 | 75.00 | 75.00 |
| 4th: 5530 99th St. Corona, NY | 1.00 | 120.00 | 120.00 |
| 5th: 1330 Ocean Dr. Miami Beach, Fl. | 1.00 | 35.00 | 35.00 |

**TOTAL CHARGED:** $335.00  

**BALANCE DUE:** $335.00  

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t

Lindsay Legal Services, Inc
7105 SW 8th Street
Suite 307
Miami, FL 33144
Phone: (305) 273-0317

**INVOICE**

Invoice #RLA-2017000353
6/29/2017



R. Martin Saenz, Esq
Saenz & Anderson, PLLC
20900 Ne 30th Ave
Ste 800
Miami, FL 33180

**Case Number:** 1:17-CV-20658-UU

Plaintiff:
RAVEN WALES-WALDEN

Defendant:
AK "N" ELI, LLC d/b/a KING OF DIAMONDS, a Florida Limited Liability Company; KODRENYC, LLC, a Florida Limited Liability Company; ELLIOT "ELI" KUNSTLINGER, an individual; BRIAN ABRAHAM, a

Received: 2/21/2017   Served: 5/10/2017 11:34 am  SUBSTITUTE - RESIDENTIAL
To be served on: ELLIOT "ELI" KUNSTLINGER

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 35.00 | 35.00 |
| Skip Trace | 1.00 | 75.00 | 75.00 |
| 2nd: 1786 New York Ave. Brooklyn, NY | 1.00 | 120.00 | 120.00 |
| **TOTAL CHARGED:** | | | **$230.00** |

**BALANCE DUE:**  $230.00

Lindsay Legal Services, Inc  
7105 SW 8th Street  
Suite 307  
Miami, FL 33144  
Phone: (305) 273-0317

**INVOICE**

Invoice #RLA-2017000354  
6/29/2017



R. Martin Saenz, Esq  
Saenz & Anderson, PLLC  
20900 Ne 30th Ave  
Ste 800  
Miami, FL 33180

Case Number: 1:17-CV-20658-UU

Plaintiff:  
RAVEN WALES-WALDEN

Defendant:  
AK "N" ELI, LLC d/b/a KING OF DIAMONDS, a Florida Limited Liability Company; KODRENYC, LLC, a Florida Limited Liability Company; ELLIOT "ELI" KUNSTLINGER, an individual; BRIAN ABRAHAM, a

Received: 2/21/2017   Non-Served: 6/26/2017   NON-SERVE - COMMENTS  
To be served on: BRIAN ABRAHAM

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 35.00 | 35.00 |
| 2nd: 3263 NE 166 St. North Miami Beach, Fl. | 1.00 | 35.00 | 35.00 |
| Skip Trace | 1.00 | 75.00 | 75.00 |
| 3rd: 1040 Biscayne Blvd. Apt. 4104, Miami, Fl. | 1.00 | 35.00 | 35.00 |
| **TOTAL CHARGED:** | | | **$180.00** |

**BALANCE DUE:** $180.00

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t

Page 1 / 1

Lindsay Legal Services, Inc  
7105 SW 8th Street  
Suite 307  
Miami, FL 33144  
Phone: (305) 273-0317  

**INVOICE**

Invoice #RLA-2017000355  
6/30/2017



R. Martin Saenz, Esq  
Saenz & Anderson, PLLC  
20900 Ne 30th Ave  
Ste 800  
Miami, FL 33180  

Case Number: 1:17-CV-20658-UU  

Plaintiff:  
RAVEN WALES-WALDEN  

Defendant:  
AK "N" ELI, LLC d/b/a KING OF DIAMONDS, a Florida Limited Liability Company; KODRENYC, LLC, a Florida Limited Liability Company; ELLIOT "ELI" KUNSTLINGER, an individual; BRIAN ABRAHAM, a  

Received: 2/21/2017   Non-Served: 6/26/2017   NON-SERVE - COMMENTS  
To be served on: AKIVA "AK" FEINSOD  

ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 35.00 | 35.00 |
| Skip Trace | 1.00 | 75.00 | 75.00 |
| 2nd: 35 Mariner Way, Monsey, NY | 1.00 | 120.00 | 120.00 |

TOTAL CHARGED: $230.00

BALANCE DUE: $230.00